# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONTEGO SPA DESIGNS, INC., | |
| Plaintiff, | Case No. 4:23-cv-1173 |
| v. | Patent Case |
| T-SPA MFG., LLC and T-SPA DEPOT, LLC, and US NAILS SPA, INC., | Jury Trial Demanded |
| Defendants. | |

### [PROPOSED] ORDER GRANTING DEFENDANT US NAILS SPA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(B)(3)

After considering Defendant US Nails Spa, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 39] Pursuant to F.R.C.P. 12(b)(3) for Improper Venue, (the "Motion"), the Court finds that the Motion should be granted, and the Amended Complaint should be dismissed for lack of venue as against US Nails Spa, Inc.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is DISMISSED with prejudice for lack of venue against US Nails Spa, Inc.

SIGNED ON _____, 2023, at Houston, Texas.

_____

Honorable Lee H. Rosenthal

United States District Judge

91122518.1